RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DEC 1 3 2025
DANIEL J. McCOY, CLERK
BY: ______

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

United States of America
v.

MICAH JAMES LEGNON
aka "Kateri"
aka "Black Witch"

*Defendant(s)*

Case No. 6:25-mj-00229

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 12, 2025 in the county of Iberia in the Western District of Louisiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 875(c) | Threats in Interstate Commerce |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Paul Sellers, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 13, 2025

*Judge's signature*

City and state: Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
*Printed name and title*