**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 4:30 p.m.** on **Wednesday, May 20, 2026**, and adjourned at **4:37 p.m.**

PRESENT: David J. Ayo, Magistrate Judge, Presiding
Dru Casebonne, Minute Clerk
Recorded: Liberty Court Recorder 7
Time in Court: 07 minutes

## GRAND JURY REPORT

_X_ Final Report
_X_ Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 5:26-CR-00199-01 | X | |
| 5:26-CR-00200-01 | X | |
| 1:26-CR-00202-01 | X | |
| 6:25-CR-00204-01 | X | |
| 5:26-CR-00205-01 | X | |
| 2:26-CR-00206-01 | X | |
| 2:26-CR-00210-01 | X | |
| 6:26-CR-00211-01 | X | |
| 3:26-CR-00212-01 | X | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 6:26-CR-00198-01 | X | |
| 6:26-CR-00201-01 | X | |
| 6:26-CR-00203-01 | X | |
| 2:26-CR-00207-01 | X | |
| 6:26-CR-00208-01 | X | |
| 1:26-CR-00209-01 | X | |

__X__ Warrants/summons ordered issued as indicated.
__*__ In Federal Custody
__**__ Superseding Indictment
__***__ State Custody