**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00198-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MICAH JAMES LEGNON (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**MINUTES OF COURT:**
**Change of Plea**

| | | | |
|---|---|---|---|
| Date: | 9/8/2026 | Presiding: | Judge David C. Joseph |
| Court Opened: | 2:30 PM | Courtroom Deputy: | Dru Casebonne |
| Court Adjourned: | 2:55 PM | Court Reporter: | Beth Delatte |
| Statistical Time: | 25 mins | Courtroom: | CR1 |
| | | Probation Officer: | Michael Christy |

**APPEARANCES**

| | | |
|---|---|---|
| John W. Nickel (AUSA) | For | United States of America |
| Alfred F Boustany II (RET) | For | Micah James Legnon (01) Defendant (LOCATION CUSTODY) |
| Micah James Legnon (01) (LOCATIONCUSTODY) | | Defendant |

**PROCEEDINGS**

In chambers conference was held between the parties
Case called for Change of Plea Hearing
Defendant sworn and under oath
Defendant advised of charges, maximum penalties, & rights
Defendant advised of his right to trial.
Defendant advised of Rule 11 rights
Defendant waived reading of the Indictment
Defendant acknowledged understanding of the charge and the maximum penalty & rights
Defendant entered a plea of guilty to count(s) 1 of the Indictment
Plea of guilty accepted

**FILINGS:**
Plea Agreement
Affidavit of Understanding

Elements of the Offense
Factual Basis
Copy of Indictment

**COMMENTS:**

**IT IS ORDERED that a Presentence Investigation Report be prepared.**

**Defendant remanded to the custody of the United States Marshal pending SENTENCING set for December 11, 2026, at 2:00 PM before Judge David C. Joseph in Lafayette, LA.**

**Submission of sentencing memorandum due seven days prior to sentencing (December 4, 2026).**